IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA J. SCHULZ, et vir. | * |
| Plaintiffs | * |
| v. | *  Civil Action No.: 08-CV-00636 (RJL) |
| ELI LILLY & COMPANY, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

**DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S
CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES**

I, the undersigned, counsel of record for Bristol-Myers Squibb Company ("Squibb"), certify that to the best of my knowledge and belief, Bristol-Myers Squibb Company has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

This representation is made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Sidney G. Leech
Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
D.C. Bar No. 472101
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
sgl@gdldlaw.com
*Attorneys for Defendant,
Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2008, a copy of Bristol-Myers Squibb Company's Certificate Required by Rule 7.1 of the Local Rules was filed electronically and mailed via first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Jesse Weisshaar, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64109; *Attorneys for Defendant Eli Lilly & Company*

/s/ Sidney G. Leech
Sidney G. Leech