# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA J. SCHULZ, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v.  ] | Civil Action No.: 1:08-cv-0636 (RJL) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, PAMELA J. SCHULZ and DONALD J. DUSZYNSKI, in the above-referenced matter.

    Respectfully submitted,

    AARON M. LEVINE & ASSOCIATES

    /s/ Aaron M. Levine
    AARON M. LEVINE, #7864
    1320 19th Street, N.W., Suite 500
    Washington, DC  20036
    202-833-8040
    Fax: 202-833-8046