IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA J. SCHULZ, et al.,** | ] |
| | ] |
| **Plaintiffs,** | ] |
| | ] |
| v. | ] Civil Action No.: 1:08-cv-0636 (RJL) |
| | ] Next Event: |
| **ELI LILLY AND COMPANY, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, PAMELA J. SCHULZ and DONALD J. DUSZYNSKI, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046