REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: B

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>08-636 | DATE REFERRED:<br>7/3/08<br><br>DISPOSITION DATE: | PURPOSE:<br>DISCOVERY, MOTIONS, SETTLEMENT | JUDGE:<br>LEON | MAG. JUDGE<br>KAY |
| PLAINTIFF(S):<br>SCHULZ | | DEFENDANT(S):<br>ELI LILLY | | |
| ENTRIES: | | | | |