CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAMELA J. SCHULZ )
)
)
)
)
          Plaintiff )
     v. ) Civil Case Number 08-0636 (RCL)
)
)
)
ELI LILLY AND COMPANY ) Category B
)
          Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 21, 2008 from Judge Richard J. Leon to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case transferred by consent.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Leon & Courtroom Deputy
      Chief Judge Lamberth & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk